# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv591

| | |
|---|---|
| **TINA TENNILLE MARTIN,** | ) |
| Petitioner, | ) |
| vs. | ) |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

## J U D G M E N T

**THIS MATTER** is before the Court on the Joint Motion to Vacate and Re-Sentence Defendant Under 28 U.S.C. § 2255 [Doc. 1].

For the reasons stated in the Court's Order [Doc. 2] entered December 22, 2008 and the Government's Sentencing Memorandum [3:07cr242, Doc. 30], **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** the Joint Motion to Vacate and Re-Sentence Defendant Under 28 U.S.C. § 2255 [Doc. 1] is **GRANTED**, and the Petitioner's previously imposed sentence is hereby **VACATED**.

**IT IS SO ORDERED**.

Signed: January 7, 2009

*/s/ Martin Reidinger*
Martin Reidinger
United States District Judge